IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADONICA PASHA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>I-TECH STAFFING SERVICES, INC.,<br>PHILLIP TRAN, JMJ CLEANER,<br>INC., and RACHEAL HOTRAN,,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br>NO. 1:15-CV-02740-SCJ |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement. Having considered the Parties' Joint Motion, it is hereby ORDERED that the Motion is GRANTED and the Settlement Agreement attached to the parties' Joint Motion is APPROVED. The Court hereby ORDERS that the parties comply with their respective obligations set forth in the Agreement.

IT IS SO ORDERED, this 31st day of March, 2016.

　s/Steve C. Jones　　　　　　　　　　　　　
STEVE C. JONES
UNITED STATES DISTRICT JUDGE

| Consented to by: | Consented to by: |
|---|---|
| HALL AND LAMPROS LLP | TAYLOR ENGLISH |
| */s/ Patrick J. Hannon* | */s/ Joseph M. English* |
| Counsel for Plaintiff | Counsel for Defendants |
| Christopher B. Hall | Joseph M. English |
| Georgia Bar No. 074321 | Georgia Bar No. 248890 |
| phannon@hallandlampros.com | jenglish@taylorenglish.com |
| 1230 Peachtree St. NE, Suite 950 | 1600 Parkwood Circle, Ste. 400 |
| Atlanta, GA  30309 | Atlanta, Georgia 30339 |
| (404) 876-8100 | (770) 434-6868 |
| Fax: (404) 876-3477 | Fax: (770) 434-7376 |